**Demetrius WHITE, Appellant,**

v.

**MAYTAG CORPORATION, Appellee.**

No. 00–1109.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 14, 2001.

Decided Feb. 23, 2001.

Before MCMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Demetrius White appeals the district court's order compelling him to accept a settlement in his employment discrimination lawsuit against Maytag Corporation, and dismissing the case. Having reviewed the record of the evidentiary hearing, we conclude the district court's finding that White authorized his attorney to enter into the settlement agreement at issue is not clearly erroneous. *See Mueller v. Guardian Life Ins. Co.,* 143 F.3d 414, 416 (8th Cir.1998) (district court finding plaintiff had given his attorney express authority to settle case not clearly erroneous in light of district court's credibility determinations, evidence supporting its findings, and reasonable inferences drawn from evidence); *Turner v.. Burlington N. R.R. Co.,* 771 F.2d 341, 345–46 (8th Cir.1985) (once attorney enters into settlement agreement, client seeking to disavow agreement has the burden of proving the attorney lacked authority to make the agreement).

Accordingly, we affirm. *See* 8th Cir. R. 47B.